MARY CREVOIRSERAT, Appellant, *v.* CORNELIUS R. BERGEN et al., Respondents.

Reported below, 140 App. Div. 893.
(Submitted May 13, 1912; decided May 24, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 29, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made on the ground that the appeal had not been perfected by the filing of the required undertaking.

*Edward L. Frost* for motion.

*Elvin N. Edwards* opposed.

Motion denied, without costs, on condition that within twenty days the appellant serves and files the undertaking required by law, the sureties thereon, if excepted to, to justify. On failure to comply with these conditions within the time aforesaid, the motion is granted, with ten dollars costs.